**Order entered October 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01137-CR

**LUIS RODOLFO LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1160773-M**

## ORDER

The State's motion for extension of time in which to file its brief is **GRANTED**. The State's brief, which was filed simultaneously with its motion, is deemed timely filed as of the date received.

/s/    ELIZABETH LANG-MIERS
PRESIDING JUSTICE